## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2287                Assigned/Issued By: J. N.

Judge Name:                          Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
               ☐ IFP        ☐ No Fee    ☐ Other _____
               ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets          _____
                                       *(Victim, Against and $ Amount)*
☐ Writ _____              ☐ Other
     *(Type of Writ)*                  _____
                                       _____
                                       *(Type of issuance)*

2  Original and  2  copies on  7-18-08  as to  ALL DEFENDANTS
                              *(Date)*