IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>    Plaintiff,<br>v.<br><br>I&A LANDSCAPING SERVICES; and<br>INES ANTUNEZ, individually,<br><br>    Defendants. | Case No. 08 CV 02287<br><br>The Honorable John W. Darrah<br><br>Magistrate Judge Valdez<br><br>**Jury Trial Demanded** |

## SUMMONS RETURNED EXECUTED FOR DEFENDANTS

Please take notice that on August 15, 2008, the undersigned counsel for Plaintiff Jose Escobedo filed the attached Summons Returned Executed for Defendant I&A LANDSCAPING SERVICES and Summons Returned Executed for Defendant INES ANTUNEZ, demonstrating service on all Defendants on July 27, 2008.

                                          Respectfully submitted,
                                                    /s/ J. Bryan Wood
                                    by_____
                                              J. Bryan Wood
                                       One of Attorneys for Plaintiff

J. Bryan Wood (ARDC # 6270845)
THE LAW OFFICE OF J. BRYAN WOOD
53 West Jackson Boulevard, Suite 660
Chicago, IL 60604
(312) 545-1420

Vincent H. Beckman III (ARDC #0152803)
FARMWORKER ADVOCACY PROJECT
220 S. State Street, Suite 1700
Chicago, IL 60604
(312) 347-7600 ext. 20

Electronically filed: August 15, 2008

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Jose Escobedo, Plaintiff

CASE NUMBER: 08-cv-02287

V.

ASSIGNED JUDGE: Judge Darrah

I&A Landscaping Services and
Ines Antunez, Defendants.

DESIGNATED MAGISTRATE JUDGE: Mag. Judge Valdez

TO: (Name and address of Defendant)

Ines Antunez
I&A Landscaping Services, Inc.
20270 Rollins Road
Lake Villa, IL 60046

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Bryan Wood
The Law Office of J. Bryan Wood
53 W. Jackson Blvd, Ste. 660
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUL 18 2008

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 7/27/08 |
| NAME OF SERVER *(PRINT)* John Hurter | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 20270 Rollins Rd.
Ines Antunez  Lake Villa IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/27/08
            Date

Signature of Server

7423 N Osceola
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Jose Escobedo, Plaintiff

CASE NUMBER: 08-cv-02287

V.

ASSIGNED JUDGE: Judge Darrah

I&A Landscaping Services and
Ines Antunez, Defendants.

DESIGNATED
MAGISTRATE JUDGE: Mag. Judge Valdez

TO: (Name and address of Defendant)

~~Ines Antunez~~
I&A Landscaping Services
20270 Rollins Road
Lake Villa, IL 60046

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Bryan Wood
The Law Office of J. Bryan Wood
53 W. Jackson Blvd, Ste. 660
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*[signature]*

(By) DEPUTY CLERK

JUL 1 8 2008

DATE

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 7/27/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| John Hurter | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 20270 Rollins Rd
_Ines Antunez_ Lake Villa IL

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/27/08
              Date

Signature of Server

7423 N Osceola Chicago IL 60631
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.